IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD WALKER,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>**PEOPLE OF THE STATE OF** )<br>**CALIFORNIA, COUNTY OF FRESNO,** )<br>)<br>**Respondent.** )<br>)<br>_____ ) | CV F 04-6210 OWW WMW HC<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATIONS RE<br>DISMISSAL OF PETITION<br><br>[Doc. 9] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On September 13, 2005, the Magistrate Judge entered findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.   No objections were filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on September 13, 2005, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed without prejudice; and
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   March 9, 2006**            /s/ Oliver W. Wanger
emm0d6                             UNITED STATES DISTRICT JUDGE